IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| *In re Ex Parte Application of*<br><br>Nokia Technologies Oy and Alcatel Lucent SAS,<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Civil Action No. 1:23-mc-00032 |

**[PROPOSED] ORDER GRANTING LEAVE TO OBTAIN DISCOVERY**

WHEREAS Nokia Technologies Oy and Alcatel Lucent SAS (collectively, "Nokia") filed an *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings ("Application"), to obtain discovery from Amazon.com, Inc. ("Amazon").

WHEREAS this Court being of the opinion that approval of this Application is proper under the provisions of 28 U.S.C. § 1782(a), it is hereby:

**ORDERED** that the Application is **GRANTED**, and it is further

**ORDERED** that counsel for Nokia may seek the requested discovery from Amazon and issue a subpoena substantially similar to that attached to the Application, commanding Amazon to produce the documents requested in the subpoena, and enforce such discovery consistent with Federal Rule of Civil Procedure 45 and other applicable law.

**IT IS SO ORDERED**.

Dated this _____ day of _____, _____.

2

_____
United States District Judge
United States District Court for the
Eastern District of Virginia