IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| *In re Ex Parte Application of*<br><br>Nokia Technologies Oy and Alcatel Lucent SAS,<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Civil Action No. 1:23-mc-00032 |

## APPLICANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Applicants Nokia Technologies OY and Alcatel Lucent SAS, by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, state the following:

Applicant Nokia Technologies OY is a privately-held corporation organized under the laws of Finland. Nokia Technologies OY states that it is solely owned by its parent corporation, Nokia Corporation, a publicly held corporation. No other entity owns 10% or more of Nokia Technologies OY's common stock.

Applicant Alcatel Lucent SAS states that it is a privately-held corporation solely owned by its parent corporation, Nokia Corporation, a publicly held corporation. No other entity owns 10% or more of Alcatel Lucent SAS's common stock.

Respectfully submitted, this 9th day of November, 2023.

By:   */s/ Kellen S. Dwyer*
      Kellen S. Dwyer
      Virginia Bar No. 97625
      Alston & Bird LLP
      950 F Street, NW
      Washington, DC 20004-1404

1

Ph: 202/239-3300
Fax: 202/239-3333
kellen.dwyer@alston.com

*Attorney for Applicants*